**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 18, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00865-CV
_____

**CATHAY BANK, Appellant**

**V.**

**LYDA SWINERTON BUILDERS, INC., Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2008-64001A**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 6, 2022. On December 13, 2022, we abated this case and referred the parties to mediation.

On March 24, 2023, Appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. Appellant asserts that the parties attended mediation and

settled the dispute, rendering the matters on appeal moot.  We reinstate the appeal, grant Appellant's motion, and dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.